**Order entered August 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00187-CV

**JULIO NOE CONTRERAS, Appellant**

**V.**

**COOPER EXCAVATION, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00932**

## ORDER

Before the Court are appellant's August 8, 2019 motion for a second extension of time to file his brief and appellee's August 9, 2019 response in opposition. We **DENY** the motion. We **ORDER** the brief be filed no later than August 19, 2019 and again caution that failure to comply will result in dismissal of the appeal without further notice.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE